United States District Court
Southern District of Texas
ENTERED

JUL 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _M. Burney_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 29 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RAQUEL REYES MARTINEZ, INDIVIDUALLY, | § |
| AND AS REPRESENTATIVE OF THE ESTATE | § |
| OF ROBERTO MARTINEZ REYES, | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. B-97-270 |
| | § (JURY REQUESTED) |
| VS. | § |
| | § |
| THE CITY OF BROWNSVILLE, | § |
| Defendant. | § |

## ORDER SETTING HEARING

PLEASE TAKE NOTICE that the foregoing Defendant's Motion to Compel is scheduled for hearing at 10:00 o'clock AM on the 2nd day of July, 1998, in the U.S. District Court for the Southern District of Texas, Brownsville Division.

SIGNED FOR ENTRY this 29 day of June, 1998.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

cc: George C. Kraehe
    Ray Marchan

-4-