14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL REYES MARTINEZ INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTO MARTINEZ REYES | ) ) ) ) ) |
| VS. | ) CIVIL ACTION NO. ) ) B-97-270 |
| CITY OF BROWNSVILLE | ) ) |

### ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

On this the __1st__ day of December, 1998, came on to be considered Plaintiff's Motion to Extend Discovery Deadline and the court after reviewing the same is of the opinion that the same should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Extend Discovery Deadline be and the same is hereby in all things GRANTED. THE NEW DISCOOBRST DEADLINE IS JAN, 15/1999

Signed this the __1__ day of December, 1998.

_____
JUDGE PRESIDING

24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
SOUTHERN DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLEMENTE MEDRANO AND | § | |
| MARIA MEDRANO, INDIVIDUALLY | § | |
| AND AS NEXT FRIENDS OF | § | |
| ROSALINDA MEDRANO AND | § | |
| DAISY MEDRANO, MINORS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-94-230 |
| | § | |
| RAYMOND CLAPSE AND COMBS | § | |
| FREIGHTLINE, INC. AND | § | |
| COUNTRYWIDE TRUCKING | § | |

ORDER AUTHORIZING EXPENDITURE AND WITHDRAWAL
OF FUNDS FROM THE REGISTRY OF THE COURT

On this day, came on for consideration Plaintiffs' Motion for Approval of Expenditure and Disbursement of Funds in the Registry of the Court filed by Clemente Medrano and Maria Medrano, as guardians of the person and estate of Rosalinda Medrano and Daisy Medrano, minors, and the Court after considering same is of the opinion that it should be granted. It is therefore

ORDERED that CLEMENTE MEDRANO and MARIA MEDRANO are authorized to withdraw and expend for the benefit of the minors the sum of $600.00 from the funds on deposit in the Registry of the Court. The Clerk or any other person or entity in possession of the estate funds is ORDERED to issue a check to CLEMENTE MEDRANO and MARIA MEDRANO in care of their attorney of record, Francisco J. Zabarte, 100 North Expressway 83, Brownsville, Texas 78521.

L:\DATA\Individual\FRANK\WithdrawFunds.2d.wpd

SIGNED this **1st** day of **December**, 1998.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE FILEMON V. VELA,
　　　　　　　　　　　　　　　　　　　　　Judge Presiding

L:\DATA\Individual\FRANK\WithdrawFunds.2d.wpd

ClibPDF - www.fastio.com