17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 16 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL REYES MARTINEZ, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTO MARTINEZ REYES, Plaintiff, | § § § § § § |
| VS. | § § |
| THE CITY OF BROWNSVILLE, Defendant. | § § |

CIVIL ACTION NO. B-97-270
(JURY REQUESTED)

## ORDER

On this the **11** day of **DEC**, 1998, came on for consideration, Defendant's Unopposed Motion for Extension of Time to File Joint Final Pre-Trial Order. Having examined the evidence, this Court is of the opinion that said Motion should be GRANTED. IT IS THEREFORE,

ORDERED that Defendant's Unopposed Motion for Extension of Time to File Joint Final Pre-Trial Order should be and is GRANTED.

It is further ORDERED that the Joint Final Pre-Trial Order must be filed no later than **29 JAN 1999**.

SIGNED on this **11** day of **DEC**, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -