21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL REYES MARTINEZ | ) | |
| INDIVIDUALLY AND AS | ) | |
| REPRESENTATIVE OF THE ESTATE | ) | |
| OF ROBERTO MARTINEZ REYES | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | B-97-270 |
| | ) | |
| CITY OF BROWNSVILLE | ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this the _22_ day of January, 1999, came on to be considered the foregoing motion for extension of time and the court after considering the same is of the opinion that the same should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Extension of time to File Supplemental Response to Defendant's Motion for Summary Judgment be and the same is hereby in all things GRANTED. A SUPPLEMENTAL RESPONSE WILL BE FILED BY 5 FEB 1999

Signed this the _22_ day of January, 1999.

_____
JUDGE PRESIDING