23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAQUEL REYES MARTINEZ, INDIVIDUALLY, § <br> AND AS REPRESENTATIVE OF THE ESTATE § <br> OF ROBERTO MARTINEZ REYES, § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> THE CITY OF BROWNSVILLE, § <br> Defendant. § | CIVIL ACTION NO. B-97-270 <br> (JURY REQUESTED) |

## ORDER SETTING HEARING

On this the 29TH day of JAN. 1999, came on to be considered, Plaintiff's Motion for Extension of Time to File Supplemental Response to Defendant's Motion for Summary Judgment. After considering same, the Court is of the opinion that a hearing should be held.

Please take notice that the foregoing Plaintiff's Motion for Extension of Time to File Supplemental Response to Defendant's Motion for Summary Judgment is scheduled for hearing at 9:00 AM o'clock on the 2ND day of FEB, 1999, in this Honorable Court.

SIGNED FOR ENTRY this 29 day of JAN, 1999.

UNITED STATES MAGISTRATE JUDGE