26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAQUEL REYES MARTINEZ INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROBERTO MARTINEZ REYES | ) ) ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | B-97-270 |
| CITY OF BROWNSVILLE | ) | |

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this the _12_ day of February, 1999, came on to be considered the foregoing second motion for extension of time and the court after considering the same is of the opinion that the same should be in all things granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Second Motion for Extension of time to File Supplemental Response to Defendant's Motion for Summary Judgment be and the same is hereby in all things GRANTED. _A RESPONSE WILL BE FILED ON OR BEFORE 22 FEB 99_

Signed this the _12_ day of February, 1999.

_____
JUDGE PRESIDING