#29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 12 1999

Michael N. Milby, Clerk
By Deputy Clerk

| | |
|---|---|
| RAQUEL REYES MARTINEZ, INDIVIDUALLY, § <br> AND AS REPRESENTATIVE OF THE ESTATE § <br> OF ROBERTO MARTINEZ REYES, § <br>    Plaintiff, § <br> § <br> VS. § <br> § <br> THE CITY OF BROWNSVILLE, § <br>    Defendant. § | CIVIL ACTION NO. B-97-270 <br> (JURY REQUESTED) |

## ORDER GRANTING DEFENDANTS' MOTION TO QUASH

CAME ON BEFORE THE COURT on the 12 of March 1999 Defendant's Motion to Quash Plaintiff's Notice to Take Deposition by Written Questions of the Brownsville Police Department. The Court, after considering the motion, Plaintiff's response thereto, and the arguments of counsel, is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendant's Motion to Quash Plaintiff's Notice to Take Deposition by Written Questions of the Brownsville Police Department be and is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Deposition by Written Questions of the Brownsville Police Department is hereby QUASHED.

SIGNED FOR ENTRY this 12 day of MARCH, 1999.

UNITED STATES MAGISTRATE JUDGE