*33*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAQUEL REYES MARTINEZ<br>INDIVIDUALLY AND AS REPRESENTATIVE<br>OF THE ESTATE OF ROBERTO MARTINEZ<br>REYES<br><br>VS.<br><br>CITY OF BROWNSVILLE | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-97-270<br>§<br>§ |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 23, 1999 should be **ADOPTED**.

IT IS ORDERED that the Defendant's Motion for Summary Judgment be:

**GRANTED** as to the 42 U.S.C. §1983 federal claims;

**DENIED** as to the state law claims under the Texas Tort Claims Act, Tex. Civ. Prac. & Rem. Code §101.001, *et seq.*, and further Plaintiff's state law claims be **DISMISSED WITHOUT PREJUDICE**.

Done in Brownsville, Texas, on this *3rd* day of *November* 1999.

Filemon B. Vela
United States District Judge